AO 247 (10/11)  Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582 (c) (2)          Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT

for the

District of South Carolina

|  |  |  |
|---|---|---|
| United States of America | ) |  |
| v. | ) |  |
| | ) | Case No:  4:07CR643TLW(1) |
| Sidney Baker | ) | USM No:  15164-171 |
| Date of Previous Judgment:  May 20, 2008 | ) | William F. Nettles, IV, Public Defender |
| *(Use Date of Last Amended Judgment if Applicable)* | ) | Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ■ the defendant ❑ the Director of the Bureau of Prisons ❑ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG § 1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:

❑          DENIED.  ■ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of seventy-two (72) months **is reduced to** fifty (50) months.  In the event this sentence is less than the amount of time Defendant has already served, this sentence is reduced to a time-served sentence of imprisonment.

Except as provided above, all provisions of the judgment dated   5/20/2008   shall remain in effect.
**IT IS SO ORDERED**.

Order Date:   November 16, 2011                         s/ Terry L. Wooten
                                                 *Judge's signature*

Effective Date:  _____          Terry L. Wooten, United States District Court Judge
            *(if different from order*                    *Printed name and title*